UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. MARTINEZ CASTRO,<br><br>                    Petitioner,<br><br>         v.<br><br>RAYMOND MADDEN, et al.,<br><br>                    Respondent. | Case No. EDCV 16-00282-BRO (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, original Report and Recommendation, Objections, Final Report and Recommendation, and all records on file. The Court has engaged in <u>de novo</u> review of those portions of the original Report and Recommendation to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the First Amended Petition for a Writ of Habeas Corpus and dismissing this action with prejudice.

Dated: July 29, 2016

HON. BEVERLY REID O'CONNELL
United States District Judge