JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. MARTINEZ CASTRO, | Case No. EDCV 16-00282-BRO (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 29, 2016

HON. BEVERLY REID O'CONNELL
United States District Judge